UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONIEK ALVES ALMEIDA,<br>      Plaintiff,<br>   v.<br>MEGA MILLION,<br>      Defendant. | Case No. 15-cv-00800-KAW<br><br>**ORDER GRANTING MOTION FOR EXTENSION**<br><br>Dkt. No. 9 |

On July 1, 2015, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction. (Order to Show Cause, Dkt. No. 8.) Plaintiff was to file a written response to the order to show cause by no later than July 20, 2015. (*Id.* at 1.)

Plaintiff did not file a written response to the order to show cause by that deadline. Instead, he filed a motion, requesting "30 more days for proper file or change of request." The Court construes the motion as seeking an extension of the July 20, 2015 response deadline. As Plaintiff proceeds in this action pro se, the Court will allow him 30 days from the date of this order to file a written response to the order to show cause. Plaintiff is reminded that the Court may dismiss this case if Plaintiff fails to file a written response by the deadline. The case management conference currently set for August 25, 2015 is continued to December 15, 2015.

///
///
///
///
///
///

1    In addition, Plaintiff may wish to consult a manual the court has adopted to assist *pro se*
2 litigants in presenting their case.  This manual, and other free information, is available online at:
3 *http://cand.uscourts.gov/proselitigants*.  Plaintiff may also wish to contact the Federal Pro Bono
4 Project's Help Desk—a free service for *pro se* litigants—by calling (415) 782-8982.

5    IT IS SO ORDERED.

6 Dated: 07/27/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge